40 P.3d 971

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Siamani | 23648 | 12/11/2001 | Affirmed |
| State v. Sayers | 23518 | 12/14/2001 | Affirmed |
| Martin v. Ozawa | 23444 | 12/14/2001 | Affirmed |
| Sprague v. California Pacific Bankers & Ins. Ltd. | 23541 | 12/27/2001 | Affirmed in part, vacated & remanded in part |
| State v. Moore | 23638 | 12/28/2001 | Affirmed |